**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**CARLTON HARRIS-BEY**                                                                                            **PLAINTIFF**

v.                                                                                            No. 4:08CV51-P-A

**LEFLORE COUNTY JAIL, ET AL.**                                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 19th day of June, 2008.

                                                      /s/ W. Allen Pepper, Jr.
                                                    W. ALLEN PEPPER, JR.
                                                  UNITED STATES DISTRICT JUDGE